# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE
7 Southwoods Boulevard, Albany, New York 12211

Andrea E. Celli, Esq.
Trustee

Bonnie S. Baker, Esq.
Associate Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

February 18, 2011

**RECEIVED MAR 0 7 2011 STANDING TRUSTEE'S OFFICE**

Edwin M. Adeson
Law Offices of Edwin M. Adeson
485 Glen Street
Glens Falls, NY 12801

    **Re: Wolfgang and Sally Wintersteiner**
    **Case No. 10-11804**

Dear Mr. Adeson:

    Enclosed you will find a copy of the Notice of Claims Filed for the above referenced case. We write to request your consideration of waiving the 90-day time period provided in which to object to this claim.

    If you are in agreement to waive the 90-day time period, we would ask that you sign the bottom portion of this letter and return the same to our office. If agreeable, all funds on hand will be disbursed in the case with our next disbursement.

Sincerely,

Meagan E. DellaRatta
Andrea E. Celli
Chapter 13 Standing Trustee

The undersigned hereby agrees, on behalf of
the debtors, to a waiver of the 90-day time
period to object to claims filed in the case.

Edwin M. Adeson
*Attorney for Debtors*
3/6/11

cc: Wolfgang and Sally Wintersteiner
    5 King Ave
    Corinth NY 12822